DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IGNACIO CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00292 OWW |
| Plaintiff, | ) ) ) | STIPULATION TO ADVANCE STATUS CONFERENCE; AND PROPOSED ORDER THEREON |
| v. | ) ) | |
| IGNACIO CORTEZ, | ) ) | Date: September 29, 2008 |
| Defendant. | ) ) ) | Time: 1:30 p.m.<br>Judge: Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for October 27, 2008, **may be advanced to September 29, 2008 at 1:30 p.m.**

The grounds for this request is that the defendant has signed a fast-track plea agreement.

DATED: September 25, 2008                                  DATED: September 25, 2008

McGREGOR M. SCOTT                                          DANIEL J. BRODERICK
United States Attorney                                     Federal Public Defender


 /s/ Ian L. Garriques                                       /s/ Douglas J. Beevers
IAN L. GARRIQUES                                           DOUGLAS J. BEEVERS
Assistant United States Attorney                           Assistant Federal Defender
Attorney for Plaintiff                                     Attorney for Defendant
                                                           Ignacio Cortez

**ORDER**

**IT IS SO ORDERED**.  The status conference hearing in the above-referenced matter for defendant, Ignacio Cortez, now set for October 27, 2008, **is hereby advanced to September 29, 2008, at 1:30 a.m.**

IT IS SO ORDERED.

Dated:  September 26, 2008                          /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE